# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RODERICK D. MAXWELL,**                                                                                  **PLAINTIFF**

v.                                        **Case No. 4:22-cv-00428-KGB**

**CLARK, Sergeant, Pulaski County
Detention Center**, *et al.*                                                                 **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Roderick D. Maxwell's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

It is so adjudged this 22nd day of August, 2022.

                                                                             _____
                                                                             Kristine G. Baker
                                                                             United States District Judge